# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MOMBASA DOUGLAS,

      Plaintiff,

v.                                Case No. 4:17cv2-MW/CAS

JANE DOE,

      Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The amended complaint, ECF No. 13, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk is directed to note on the docket this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The

Clerk shall close the file.

**SO ORDERED on July 10, 2017.**

                                            **s/Mark E. Walker**
                                            **United States District Judge**